

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KI CHUL HA, | § | No. 08-16-00161-CR |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20140D05012) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF JULY, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.